O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SMITH, ) | CASE NO. CV 08-03727 PSG (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| RICHARD SUBIA, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of JOSHUA SMITH, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 2, 2008

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE